Opinion filed February 15, 1938.

Lloyd T. Bailey, for appellants; Joseph W. Bailey and Clarence M. Dunagan, of counsel. Barnet Hodes, Corporation Counsel, for appellees; Alexander J. Resa and Arthur Chittick, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Lillian M. Anderson et al., appellants, v. William Oscar Olsen et al., defendants. Mabel A. Olsen and Hortense M. Olsen, appellees. Gen. No. 39,401.

Opinion filed February 15, 1938.

O'Connor & Conroy, for appellants; Vincent H. O'Connor, of counsel. Eckert & Peterson, for appellees; A. R. Peterson and Walter W. Ross, Jr., of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Ignatius Chap and West Thirty-First State Bank, appellants, v. Lithuanian National Catholic Church of America et al., defendants. Lithuanian National Catholic Church of America, appellee. Gen. No. 39,518.

Opinion filed February 15, 1938.

William J. Flaherty, for appellants; Geo. H. Mason and Donald H. Haider, of counsel. Harold O. Mulks, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Reginald A. Woodall, appellee, v. MacRae's Blue Book Company, appellant. Gen. No. 39,602.

Opinion filed February 15, 1938. Rehearing denied March 1, 1938.

Thomas A. Walpole and Edgar B. Elder, for appellant. Adams, Hawxhurst, Hawley & White, for appellee; Francis P. Linneman and Melvin M. Hawley, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.